**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHELLE TORRES and ANGEL TORRES,**

          **Plaintiffs,**

**-vs-**                                         Case No. 6:09-cv-1884-Orl-22GJK

**AGL RESOURCES, INC., and**
**PIVOTAL UTILITY HOLDINGS, INC.**
**d/b/a FLORIDA CITY GAS, INC.,**

          **Defendants.**

_____

## ORDER

This cause is before the Court on the Second Joint Motion to Approve Settlement Agreement (Doc. No. 35) filed on May 25, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 37), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 2, 2010 (Doc. No. 36) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Second Joint Motion to Approve Settlement Agreement (Doc. No. 35) is GRANTED to the extent the Court finds the parties' settlement is fair and reasonable.

      3.      This case is DISMISSED WITH PREJUDICE.

      4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 3, 2010.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge